In the Matter of the Claim of MILDRED GRAVES et al., Respondents, against TIDE WATER OIL SALES COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued September 29, 1937; decided October 19, 1937.

*John J. Connors, Jr.,* for appellants.

*Paul L. Boyce* and *John W. Miller* for claimants, respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.